JS-6 /ENTER

**FILED**
FEB 11 2010
CLERK, U.S. DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
SOUTHERN DIVISION AT SANTA ANA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| CARLOS ANTHONY MIRANDA, ) | Case No. CV 09-9251-SJO (MLG) |
|     Plaintiff, ) | JUDGMENT |
|     v. ) | |
| CYNTHIA ESTRADA, et al., ) | |
|     Defendants. ) | |

IT IS ADJUDGED that the action herein is dismissed.

Dated: 2/8/2010

_____
S. James Otero
United States District Judge

ENTERED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT
FEB 11 2010
CENTRAL DISTRICT OF CALIFORNIA
BY _____